IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

---

*Ex Parte* INDEX SYSTEMS, INC.
Patent Owner and Appellant

---

Reexamination Control Nos. 90/011,528 and 90/011,550 (Merged)
*Ex Parte* Reexamination of Patent No. 6,701,523 B1

---

To:     Director of the U.S. Patent and Trademark Office
        Alexandria, VA 22313-1450
        Attention: Office of the General Counsel

### NOTICE OF APPEAL TO THE
### UNITED STATES COURT OF APPEALS
### FOR THE FEDERAL CIRCUIT

Sir:

Pursuant to 37 C.F.R. §§ 1.301, 1.302, & 1.304, Patent Owner/Appellant, Index Systems, Inc., hereby gives notice to the Director of its appeal to the United States Court of Appeals for the Federal Circuit from the Decision of Appeal (No. 2013-3427) of the Patent Trial and Appeal Board for *Ex Parte* Control Nos. 90/011,528 and 90/011,550 (Merged), entered August 6, 2013, invalidating claims of the above-identified patent. A copy of the Decision is attached as Exhibit 1.

Respectfully submitted,

Dated: September 30, 2013

By: /s/ Megan Raymond
Laurence S. Rogers (Reg. No. 28,465)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

Megan F. Raymond
ROPES & GRAY LLP
700 12th St. NW Suite 900

Washington, DC 20005
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

*Counsel for Index Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date September 30, 2013, I filed the original version of this Notice Of Appeal To The United States Court Of Appeals For The Federal Circuit, directed to the Director of the United States Patent and Trademark Office, by causing the same to be hand-delivered to the Director at the following address:

> Director of the United States Patent and Trademark Office
> c/o Office of the General Counsel
> Madison Building East, 10B20
> 600 Dulaney St.
> Alexandria, VA 22314-5763

I also certify that, on this date, I filed three copies of the foregoing Notice of Appeal, plus filing fee, by causing the same to be filed by hand, with the Clerk's Office of the United States Court of Appeals for the Federal Circuit, at the following address:

> Clerk of the Court
> United States Court of Appeals for the Federal Circuit
> 717 Madison Place, N.W. Suite 401
> Washington, DC 20439

I further certify that, on this date, I served a true and correct copy of the foregoing Notice of Appeal on counsel for the Third Party Requester by causing a true copy of the same to be sent via FedEx overnight courier to such counsel at the following address:

> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> 901 New York Ave., N.W.
> Washington, D.C. 20001-4413

*/s/ Megan Raymond*
Megan Raymond
ROPES & GRAY LLP
700 12th St. NW Suite 900
Washington, DC 20005
Telephone: (202) 596-4600

# RECEIPT FOR PAYMENT
# United States Court of Appeals
# For The Federal Circuit
## OFFICE OF THE CLERK

Received From: Ropes & Gray (NAME)

_____ (ADDRESS)

(CASE NO.) _____ (SHORT TITLE) _____ 10/1/13 (DATE)

| ACCOUNT | | AMOUNT |
|---|---|---|
| Clerk's Fee for docketing case | PTO | 500 00 |
| Certificate of membership | | |
| Certified copy of | | |
| | | |
| | | |
| Copy of opinion | | |
| Copy of documents | | |
| Reimbursement fees | | |
| | | |
| Deputy Clerk  Clt | TOTAL | 500 00 |

Credit Card ☐   Cash ☐   Check ☑   MONEY ORDER ☐

053934



ROPES & GRAY LLP
ONE METRO CENTER
700 12TH STREET, NW, SUITE 900
WASHINGTON, DC 20005-3948
WWW.ROPESGRAY.COM

September 30, 2013

Megan F. Raymond
T +1 202 508 4741
F +1 202 383 8347
megan.raymond@ropesgray.com

Clerk of Court
United States Court of Appeals
 for the Federal Circuit
717 Madison Place, N.W.
Washington, DC  20439

Re:  *In re Index Systems, Inc.* (*Ex Parte* Reexamination Control No. 90/011,528 and 90/011,550 (Merged)

Dear Mr. O'Toole:

Enclosed for filing with the court are:  (1) Notice of Appeal including decision dated August 6, 2013 (3 copies); (2) check in the amount of $450.00; and (3) Certificate of Service.

Also enclosed is a copy of the above-listed Notice of Appeal to be date-stamped and returned with the courier.

Sincerely,

Megan Raymond

Megan F. Raymond

Enclosures